JPML FORM 1A . . DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 281 -- IN RE ASCOT OILS, INC. SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/1/76 | | ORDER TO SHOW CAUSE WHY ACTIONS SHOULD NOT BE TRANSFERRED TO A SINGLE DISTRICT UNDER 28 U.S.C. §1407 (A-1 and A-2) NOtified all parties and involved Judges. |
| 11/4/76 | | HEARING ORDER -- Setting A-1 and A-2 For Hearing, Dec. 3, 1976 San Diego, California |
| 11/10/76 | | APPEARANCES -- Joseph W. Rausch for Pltf. Nathan L. Miller, et al. Donovan M. Hamm, Jr. for Pltf. Robert Austin Milch Michael F. Linz for Def. Archibald L. French, John C. King, Ascot Oils, Inc., Atlanta Dirlling Co., Inc. and James R. Cunningham -- DUPLICATE from John Spinuzzi for Ascot, Atlanta, and J. R. Cunningham |
| 11/15/76 | 1 | RESPONSE -- ROBERT AUSTIN MILCH w/cert. of service |
| 11/18/76 | 2 | RESPONSE -- ~~MICHAEL F. LINZ FOR DEFENDANTS~~ ASCOT OILS, ATLANTA DRILLING, J. R. CUNNINGHAM, A. L. FRENCH & JOHN KING w/cert of service |
| 11/22/76 | 3 | RESPONSE -- NATHAN MILLER, ET AL., w/cert. of service |
| 11/30/76 | | WAIVER OF ORAL ARGUMENT FOR DEC. 3, 1976 HEARING -- Plaintiff Milch |
| 6/17/77 | | CONSENT OF TRANSFEREE COURT -- for J. Gordon to handle litigation in the Eastern District of La. under 28 U.S.C. §1407. |
| 6/17/77 | | OPINION AND ORDER -- transferring A-2 to the E.D. La. under 28 U.S.C. §1407 for assignment to Judge Gordon. |
| 8/15/78 | | B-1 HARLOWE HARDINGE V. ASCOT, N.D.TEX., CA3-78-0833F Conditional Transfer Order filed today. Notified counsel an involved judges |
| 8/31/78 | | B-1 Harlowe Hardinge v. Ascot Oils, N.D.Tex., CA3-78-0833F CTO FINAL TODAY. Notified involved Clerks and Judges. (emh) |

JPML Form 1    O+O filed 6/17/77    433 F Supp 1118    Closed 6/1/83

DOCKET NO. __281__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ASCOT OILS, INC. SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) __12/3/77__

Consolidation Ordered _____    Consolidation Denied _____

Opinion and/or Order __6/17/77__

Citation _____

Transferee District __E.D. Louisiana__    Transferee Judge __Judge Jack M. Gordon__  *Charles Schwartz, Jr.*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Nathan L. Miller, et al. v. Ascot Oils, Inc., et al. | E.D.La. Gordon | 76-2808 See I | | | 6/1/83D | |
| A-2 | Robert Austin Milch v. Ascot Oils, Inc., et al. | Md. Dunlop N 76-924 | | 6/17/77 | 77-1954 | 6/1/83D | |
| A-3 (B-1) | Harlowe Hardinge v. Ascot Oils, Inc., et al.  8-15-78 | N.D.TEX. Porter | CA3-78-0833-F | 8/31/78 | 78-2899 | 6/1/83D | |

July 1979 - 2 TR / 1 XX2 / 3 Pdg.
July 1980 - Same
July 1981 - Same
July 1982 - Same
July 1983 - Closed

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _281_ -- _IN RE ASCOT OILS, INC. SECURITIES LITIGATION_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ascot Oils, Inc. | A-1, A-2, B-1 |
| Belmont Oil Co. | A-1, B-1 |
| Destin Oil Co. | A-1, B-1 |
| Laurel Oil & Gas Co, f/k/a Laurel Energy Co. | A-1, B-1 |
| Atlanta Drilling Co., Inc. | A-1, B-1 |
| Longwood Construction Co. | A-1, B-1 |
| Westex Land Co. | A-1, B-1 |
| Greer Management Co. | A-1, B-1 |
| Owen L. Bergman | A-1, B-1 |
| Darryl A. Buckingham | A-1, B-1 |
| James R. Cunningham | A-1, A-2, B-1 |

p. 2

| Name | Codes |
|---|---|
| James R. Cunningham, Jr. | A-1, B-1 |
| Leroy F. Cunningham | A-1 |
| Dorothy J. Crenshaw | A-1 |
| William L. Franklin | A-1  A-2 |
| Archibald L. French | A-1  A-2, B-1 |
| Donald D. Gardner | A-1  A-2 |
| George A. Gray | A-1  A-2 |
| Keith H. Houser | A-1 |
| F. W. Hoyslip | A-1 |
| Joe F. Issacks | A-1 |
| Lewis Kelley | A-1 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 281 -- IN RE ASCOT OILS, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| John C. King | A-1, A-2, B-1 |
| Donald L. Kirsch | A-1, A-2 |
| L. C. Lyle | A-1 |
| Thomas S. Parkman | A-1 |
| Robert G. Ralston | A-1, A-2 |
| Earl L. Robbins | A-1 |
| Jerry C. Suggs | A-1 |
| Joe Lee Wells | A-1 |
| J. P. Williams Jr. | A-1 |
| Harvest Fuels Inc. | |
| | |